NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BENJAMIN W. LATHAM,**
*Claimant-Appellant*

**v.**

**DOUGLAS A. COLLINS, Secretary of Veterans Affairs,**
*Respondent-Appellee*

---

2025-1716

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 24-8531, Judge Grant Jaquith.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Benjamin W. Latham's "motion to dismiss as moot case," which the court construes as his motion for voluntary dismissal of the above-captioned appeal pursuant to Federal Rule of Appellate Procedure 42(b), and the parties' agreement as to the allocation of costs,

2                                                    LATHAM v. COLLINS

IT IS ORDERED THAT:

(1)  The motion is granted.  The appeal is dismissed.

(2)  Each party shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

May 22, 2025
    Date

ISSUED AS A MANDATE:  May 22, 2025